**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Traxx Construction Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 45-3364835 | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>2637 Saint Louis Avenue<br>Signal Hill, CA 90755<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website (URL)** | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

**11. Why is the case filed in *this district?***

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other ____________

**Where is the property?** ____________
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency ____________
  Contact name ____________
  Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [ ] 50-99
- [x] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor Traxx Construction Inc.
Name

Case number (if known)

**Part 4: Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/21/2025
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

Charles Rezner
Printed name

Title CEO

18. Signature of attorney

X [signature]
Signature of attorney for debtor

Date 11/[illegible]
MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone (310) 271-6223 Email address michael.berger@bankruptcypower.com

100291 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name Traxx Construction Inc

United States Bankruptcy Court for the CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/21/2025

X [signature]
Signature of individual signing on behalf of debtor

Charles Rezner
Printed name

CEO
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Traxx Construction Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355 | | Credit Card | | | | $42,471.98 |
| Amerifi Capital, LLC<br>750 East Main Street, Ste 620<br>Stamford, CT 06902 | | Debtor's assets | | $125,000.00 | $0.00 | $125,000.00 |
| AMPAC TRI-STATE CDC, INC. AMPAC BUS<br>3110 B Inland Empire Blvd.<br>Ontario, CA 91764 | | Debtor's assets | | $839,000.00 | $0.00 | $839,000.00 |
| Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850 | | Business Credit Card | | | | $52,808.25 |
| Chase Bank<br>PO Box 78035<br>Phoenix, AZ 85062-8035 | | Business Credit Card | | | | $79,289.31 |
| Franchise Tax Board<br>Bankrutpcy Section<br>MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | | unpaid payroll tax obligation | | | | $121,538.37 |
| Hesam Hejazi<br>2443 Leaflock Avenue<br>Westlake Village, CA 91361 | | Business Loan | | | | $96,000.00 |

Debtor **Traxx Construction Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | | unpaid payroll tax liability | | | | $552,374.06 |
| John Deere Construction & Forestry<br>6400 NW 86th Street<br>Johnston, IA 50131 | | 210L Loader, Serial No: 1T0210LXCPF442865<br>Monthly payment: $2,744.99 | | $107,438.33 | $30,000.00 | $77,438.33 |
| John Deere Construction & Forestry<br>6400 NW 86th STreet<br>Johnston, IA 50131 | | 524 P-Tier 4WD Loader<br>Monthly payment: $6,603.75 | | $193,943.76 | $130,000.00 | $63,943.76 |
| John Deere Construction & Forestry<br>6400 NW 86th Street<br>Johnston, IA 50131 | | 85P Excavator<br>Monthly payment: $5,789.73 | | $98,771.75 | $60,000.00 | $38,771.75 |
| King Capital Management<br>620 Green Valley Rd., #206<br>Greensboro, NC 27408 | | Debtor's assets | | $41,785.00 | $0.00 | $41,785.00 |
| Laborers Trust Funds for Southern California Administrative Company<br>c/o Reich, Adell & Cvitan<br>330 North Brand Blvd., Ste 250<br>Glendale, CA 91203 | | Delinquent fringe benefit contributions and related interest and damages due under the collective bargaining agreement with Southern CA District Counc | | | | $756,115.36 |
| PIRS Capital, LLC<br>1688 Meridian Avenue, Ste 700<br>Miami Beach, FL 33139 | | Debtor's assets | | $117,150.00 | $0.00 | $117,150.00 |
| Sheida Azari<br>2190 Calle Riscoso<br>Thousand Oaks, CA 91362 | | Business loan | | | | $102,000.00 |
| Smart Business<br>561 NE 79th Street<br>Miami, FL 33138 | | Debtor's assets | | $97,775.00 | $0.00 | $97,775.00 |

Debtor **Traxx Construction Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Thoro Corp.<br>c/o Brian Rabkin. Esq.<br>525 West 52nd Street, 9CS<br>New York, NY 10019 | | | Contingent<br>Unliquidated<br>Disputed | $233,970.00 | $0.00 | $233,970.00 |
| Trustees of Operating Engineers Pension Trust<br>c/o Marija Kristich Decker, Esq.<br>200 South Los Robles Avenue, Suite<br>Pasadena, CA 91101-3030 | | Complaint for Breach of Written Collective Bargaining Agreement and Violation of ERISA Section 515 [29 U.S.C. 1145] | | | | $353,948.00 |
| U.S. Small Business Administration<br>c/o Elan S. Levey<br>300 N. Los Angeles Street<br>Fed. Bldg. Rm. 7516<br>Los Angeles, CA 90012 | | Debtor's assets | | $1,934,009.00 | $0.00 | $1,934,009.00 |
| U.S. Small Business Administration<br>c/o Elan S. Levey<br>300 N. Los Angeles Street<br>Fed. Bldg. Rm. 7516<br>Los Angeles, CA 90012 | | Debtor's assets | | $250,500.00 | $0.00 | $250,500.00 |

United States Bankruptcy Court
Central District of California

In re Traxx Construction Inc

Debtor(s)

Case No.
Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles Rezner<br>2637 Saint Louis Avenue<br>Signal Hill, CA 90755 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Charles Rezner, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 11/21/2025

Signature
Charles Rezner

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof If none, so indicate Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s) )

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor or person in control of the debtor as follows (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof If none so indicate Also list any real property included in Schedule A/B that was filed with any such prior proceeding(s) )

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof If none, so indicate Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s) )

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days (Set forth the complete number and title of each such prior proceeding date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned whether still pending, and if not the disposition thereof If none, so indicate Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s) )

None

I declare, under penalty of perjury that the foregoing is true and correct

Executed at Signal Hill California

Date 11/21/2025

Charles Rezner
Signature of Debtor 1

Signature of Debtor 2

**Fill in this information to identify the case:**

Debtor name **Traxx Construction Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | **699,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | **1,229,387.15** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | **1,928,387.15** |

**Part 2:** **Summary of Liabilities**

| | | |
|---|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | **5,597,959.52** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | **673,912.43** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | **1,537,397.44** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **7,809,269.39** |

**Fill in this information to identify the case:**

Debtor name **Traxx Construction Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking account | 3292 | $0.00 |
| 3.2. | Chase Bank | Checking account | 2313 | $21.15 |
| 3.3. | Chase Bank | Checking account | 6099 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$21.15**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor **Traxx Construction Inc.** Case number *(If known)*
Name

7.1. **Southern California Edison - deposit** **$1,290.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$1,290.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less. 0.00 (face amount) - 0.00 (doubtful or uncollectible accounts) = .... **Unknown**

12. **Total of Part 3.** **$0.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |

Debtor **Traxx Construction Inc.** Case number (If known) 
Name

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**4 computers** | **$0.00** | | **$1,000.00** |
| | **A Leased Copier** | **$0.00** | | **$0.00** |
| | **333G Compact Track Loader**<br>**Monthly payment: $5,008.90** | **$0.00** | | **$55,500.00** |
| | **85P Excavator**<br>**Monthly payment: $5,789.73** | **$0.00** | | **$60,000.00** |
| | **Hitachi ZX135US-6N Excavator, Serial No: HCMDAT60T00200630**<br>**Monthly payment: $5,247.65. Debtor wishes to surrender the equipment.** | **$0.00** | | **$162,750.00** |
| | **210L Loader, Serial No: 1T0210LXCPF442865**<br>**Monthly payment: $2,744.99** | **$0.00** | | **$30,000.00** |
| | **524 P-Tier 4WD Loader**<br>**Monthly payment: $6,603.75** | **$0.00** | | **$130,000.00** |
| | **26 P-Tier Compact Excavator; Serial No: 1FF026PAERK001198**<br>**Monthly payment: $1,178.23**<br>**First payment commenced 9/16/2024; 60-month term.** | **$0.00** | | **$34,900.00** |
| | **50G Compact Excavator, Serial No: 1FF050GXCNH297910**<br>**Monthly payment: $1,525.20** | **$0.00** | | **$40,000.00** |
| | **2017 Ford F-750 dump truck; VIN ending in 9173**<br>**2018 Ford F-750 dump truck; VIN ending in 1511**<br>**2018 Townmaster Eq Trailer; VIN ending in 0471** | **$0.00** | | **$60,000.00** |
| | **410 Backhoe, VIN ending 1698; 410 Backhoe, VIN ending 1355; 524k Loader, VIN ending 4796; Pallet Forks (Tag96), VIN 515-6; Hitachi ZX, VIN ending 5582; 410 Backhoe, VIN ending 1138; 410 Backhoe, VIN ending 3354; 410 Backhoe, VIN ending 1304; 410 Backhoe, VIN ending 0713; Hitachi ZX50U3, VIN ending 8716; 317G Track Loader, VIN ending 7595; 325G Track Loader, VIN ending 5737; Sweeper/Rotary Broom, VIN ending 1049; and 60G Mini Ex, VIN ending 0178** | **$0.00** | | **$278,500.00** |
| | **2019 Int'l Truck (leased with Dakota Financial)** | **$0.00** | | **$0.00** |

Debtor **Traxx Construction Inc.** Case number *(If known)*
Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$852,650.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2020 Ford F-150; VIN ending in 3682<br>Loan balance is $1,513.83.<br>Monthly payment: $757.19** | **$0.00** | | **$17,000.00** |
| 47.2. **2021 Ford F-550; VIN ending in 5067<br>Loan balance $13,997.86<br>Monthly payment: $1,407.48** | **$0.00** | | **$35,995.00** |
| 47.3. **2024 Ford F-150; VIN ending in 1350<br>Loan balance: $55,382.90<br>Monthly payment: $1,157.52** | **$0.00** | | **$35,773.00** |
| 47.4. **2023 Ford F-550; VIN ending in 1623<br>Loan balance: $41,498.67<br>Monthly payment: $1,892.25** | **$0.00** | | **$53,000.00** |
| 47.5. **2024 Ford F-250; VIN ending in 8844<br>Loan balance: $78,228.65<br>Monthly payment: $2,222.81** | **$0.00** | | **$53,000.00** |
| 47.6. **2022 Ford F-250; VIN ending in 1429<br>Loan balance: $57,920.71<br>Monthly payment: $1,595.38** | **$0.00** | | **$32,995.00** |

| | | | | |
|---|---|---|---|---|
| 47.7. | **2022 Ford F-250; VIN ending in 1428**<br>**Loan balance: $57,934.44**<br>**Monthly payment: $1,595.38** | **$0.00** | | **$30,865.00** |
| 47.8. | **2023 Ford F-150; VIN ending in 4907**<br>**Loan balance: $42,496.15**<br>**Monthly payment: $1,038.04** | **$0.00** | | **$29,504.00** |
| 47.9. | **2024 Ford F-250; VIN ending in 0958**<br>**Loan balance: $53,853.63**<br>**Monthly payment: $1,430.04** | **$0.00** | | **$37,294.00** |
| 47.10 | **2024 Ford F-150; VIN ending in 3682**<br>**Loan balance: $60,079.02**<br>**Monthly payment: $1,354.01** | **$0.00** | | **$35,000.00** |
| 47.11 | **2020 Ford F-150; vehicle paid in full** | **$0.00** | | **$15,000.00** |
| 47.12 | **Leased 2024 BMW XM, VIN ending in 2377**<br>**Monthly payment: $3,285.36.**<br>**Lease started on 12/8/2023** | **$0.00** | | **$0.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$375,426.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Debtor **Traxx Construction Inc.** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| of property (for example, acreage, factory, warehouse, apartment or office building, if available.<br>55.1. **55 Acoma Blvd. S, Lake Havasu City, AZ 86403<br>57 Acoma Blvd. S, Lake Havasu City, AZ 86403<br>61 Acoma Blvd. S, Lake Havasu City, AZ 86403** | **fee simple** | **$0.00** | | **$699,000.00** |

56. **Total of Part 9.** **$699,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Logo Trademarked** | **$0.00** | | **$0.00** |
| 61. | **Internet domain names and websites**<br>**www.traxxconstruction.com** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties**<br>**Contractor's License #967008** | **$0.00** | | **$0.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Debtor **Traxx Construction Inc.** Case number *(If known)*
Name

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Traxx Construction Inc.** Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$21.15** | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,290.00** | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$852,650.00** | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$375,426.00** | | |
| 88. **Real property.** *Copy line 56, Part 9* .......... > | | | **$699,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,229,387.15** | + 91b. | **$699,000.00** |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 **$1,928,387.15**

**Fill in this information to identify the case:**

Debtor name **Traxx Construction Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Allen Winholdz**
Creditor's Name

**473 Acoma Blvd. S #105**
**Lake Havasu City, AZ 86406**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/19/2021**

**Last 4 digits of account number**
**n/a**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Joshua Easterly**
**2. Allen Winholdz**

**Describe debtor's property that is subject to a lien**
**55 Acoma Blvd. S, Lake Havasu City, AZ 86403**
**57 Acoma Blvd. S, Lake Havasu City, AZ 86403**
**61 Acoma Blvd. S, Lake Havasu City, AZ 86403**

**Describe the lien**
**Seller Carryback loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$250,000.00**  Column B: **$699,000.00**

**2.2 Amerifi Capital, LLC**
Creditor's Name

**750 East Main Street, Ste 620**
**Stamford, CT 06902**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/24/2025**

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**MCA Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$125,000.00**  Column B: **$0.00**

Debtor **Traxx Construction Inc.** Case number (if known)
Name

**Last 4 digits of account number**
**8238**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **AMPAC TRI-STATE CDC, INC. AMPAC BUS**
Creditor's Name

**3110 B Inland Empire Blvd.**
**Ontario, CA 91764**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/22/2025**
**Last 4 digits of account number**
**7942**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$839,000.00** **$0.00**

---

2.4 **BMW Financial**
Creditor's Name

**5550 Britton Pkwy**
**Hilliard, OH 43026**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Leased 2024 BMW XM, VIN ending in 2377**
**Monthly payment: $3,285.36.**
**Lease started on 12/8/2023**

**Describe the lien**
**Auto Lease**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

---

2.5 **Bragg Investments**

**Describe debtor's property that is subject to a lien**

**$75,069.50** **$40,000.00**

Debtor **Traxx Construction Inc.** Case number (if known)
Name

Creditor's Name
**dba Coastal Equipment**
**6242 N. Paramount Blvd, Bldg A**
**Long Beach, CA 90805**
Creditor's mailing address

**50G Compact Excavator, Serial No: 1FF050GXCNH297910**
**Monthly payment: $1,525.20**

**Describe the lien**
UCC-1 Financing Statement
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/30/2024
**Last 4 digits of account number**
0418

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Dakota Financial**
Creditor's Name
**11766 Wilshire Blvd., Suite 550**
**Los Angeles, CA 90025**
Creditor's mailing address

**Describe debtor's property that is subject to a lien** — $20,656.00 — $0.00
2019 Int'l Truck (leased with Dakota Financial)

**Describe the lien**
Equipment Lease
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/3/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **Ford Motor Credit**
Creditor's Name
**P.O. Box 105704**
**Atlanta, GA 30348**
Creditor's mailing address

**Describe debtor's property that is subject to a lien** — $2,346.74 — $17,000.00
2020 Ford F-150; VIN ending in 3682
Loan balance is $1,513.83.
Monthly payment: $757.19

**Describe the lien**
Auto Loan
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
3682

Debtor **Traxx Construction Inc.** Case number (if known)
Name

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Ford Motor Credit**
Creditor's Name

**P.O. Box 105704**
**Atlanta, GA 30348**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**5067**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2021 Ford F-550; VIN ending in 5067**
**Loan balance $13,997.86**
**Monthly payment: $1,407.48**

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,124.38** **$35,995.00**

---

2.9 **Ford Motor Credit**
Creditor's Name

**P.O. Box 105704**
**Atlanta, GA 30348**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**1350**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2024 Ford F-150; VIN ending in 1350**
**Loan balance: $55,382.90**
**Monthly payment: $1,157.52**

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$56,886.14** **$35,773.00**

---

2.10 **Ford Motor Credit**
Creditor's Name

**P.O. Box 105704**
**Atlanta, GA 30348**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Ford F-550; VIN ending in 1623**
**Loan balance: $41,498.67**
**Monthly payment: $1,892.25**

Describe the lien

**$42,532.15** **$53,000.00**

Debtor **Traxx Construction Inc.** Case number (if known)
Name

Auto Loan
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1623

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Ford Motor Credit**
Creditor's Name

P.O. Box 105704
Atlanta, GA 30348
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2024 Ford F-250; VIN ending in 8844
Loan balance: $78,228.65
Monthly payment: $2,222.81

$80,093.17 $53,000.00

**Describe the lien**
Auto Loan
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
8844

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 **Ford Motor Credit**
Creditor's Name

P.O. Box 105704
Atlanta, GA 30348
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2022 Ford F-250; VIN ending in 1429
Loan balance: $57,920.71
Monthly payment: $1,595.38

$59,855.56 $32,995.00

**Describe the lien**
Auto Loan
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1429

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.13** **Ford Motor Credit**
Creditor's Name

**P.O. Box 105704**
**Atlanta, GA 30348**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1428

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Ford F-250; VIN ending in 1428**
**Loan balance: $57,934.44**
**Monthly payment: $1,595.38**

**Describe the lien**
Auto Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$59,152.95** **$30,865.00**

---

**2.14** **Ford Motor Credit**
Creditor's Name

**P.O. Box 105704**
**Atlanta, GA 30348**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
4907

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Ford F-150; VIN ending in 4907**
**Loan balance: $42,496.15**
**Monthly payment: $1,038.04**

**Describe the lien**
Auto Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$43,013.15** **$29,504.00**

---

**2.15** **Ford Motor Credit**
Creditor's Name

**P.O. Box 105704**
**Atlanta, GA 30348**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2024 Ford F-250; VIN ending in 0958**
**Loan balance: $53,853.63**
**Monthly payment: $1,430.04**

**Describe the lien**

**$55,029.86** **$37,294.00**

Debtor **Traxx Construction Inc.**
Name

Case number (if known)

Auto Loan
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
0958

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.16 **Ford Motor Credit**
Creditor's Name

P.O. Box 105704
Atlanta, GA 30348
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2024 Ford F-150; VIN ending in 3682
Loan balance: $60,079.02
Monthly payment: $1,354.01

**$60,798.59** **$35,000.00**

**Describe the lien**
Auto Loan
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
3682

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.17 **John Deere Construction & Forestry**
Creditor's Name

6400 NW 86th Street
Johnston, IA 50131
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
333G Compact Track Loader
Monthly payment: $5,008.90

**$75,635.38** **$55,500.00**

**Describe the lien**
Equipment Loan
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
9/1/2023

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
5925

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Traxx Construction Inc.** Case number (if known)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.18 **John Deere Construction & Forestry**
Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/3/2023**
Last 4 digits of account number
**2531**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**85P Excavator**
**Monthly payment: $5,789.73**

Describe the lien
**Equipment Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$98,771.75** **$60,000.00**

---

2.19 **John Deere Construction & Forestry**
Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**1/4/2024**
Last 4 digits of account number
**3558**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**710 P-Tier Backhoe Loader**
**Monthly payment: $6,500**

Describe the lien
**Equipment Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$160,228.12** **$138,799.00**

---

2.20 **John Deere Construction & Forestry**
Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**210L Loader, Serial No: 1T0210LXCPF442865**
**Monthly payment: $2,744.99**

Describe the lien
**Equipment Loan**

**$107,438.33** **$30,000.00**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/16/2023**
Last 4 digits of account number
**9841**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.21 **John Deere Construction & Forestry** — **$193,943.76** — **$130,000.00**
Creditor's Name

**6400 NW 86th STreet**
**Johnston, IA 50131**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**524 P-Tier 4WD Loader**
**Monthly payment: $6,603.75**

Describe the lien
Equipment Loan

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1/2/2024**
Last 4 digits of account number
**0212**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.22 **John Deere Construction & Forestry** — **$58,098.69** — **$34,900.00**
Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**26 P-Tier Compact Excavator; Serial No: 1FF026PAERK001198**
**Monthly payment: $1,178.23**
**First payment commenced 9/16/2024; 60-month term.**

Describe the lien
Equipment Loan

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/16/2024**
Last 4 digits of account number
**5732**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor **Traxx Construction Inc.** Case number (if known)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.23** **John Deere Construction & Forestry**
Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/10/2024**
**Last 4 digits of account number**
**1719**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority

**Describe debtor's property that is subject to a lien**
**Hitachi ZX135US-6N Excavator, Serial No: HCMDAT60T00200630**
**Monthly payment: $5,247.65. Debtor wishes to surrender the equipment.**

**Describe the lien**
**Equipment Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$160,228.12** **$162,750.00**

---

**2.24** **Joshua Easterly**
Creditor's Name

**30475 Sea Horse Circle**
**Sun City, CA 92587**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/1/2025**
**Last 4 digits of account number**
**n/a**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**55 Acoma Blvd. S, Lake Havasu City, AZ 86403**
**57 Acoma Blvd. S, Lake Havasu City, AZ 86403**
**61 Acoma Blvd. S, Lake Havasu City, AZ 86403**

**Describe the lien**
**Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$200,000.00** **$699,000.00**

---

**2.25** **Keystone Equipment Finance Corp.**

**Describe debtor's property that is subject to a lien**

**$84,868.18** **$60,000.00**

Debtor **Traxx Construction Inc.** Case number (if known)
Name

Creditor's Name

433 New Park Avenue
West Hartford, CT 06110
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2/2023
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

2017 Ford F-750 dump truck; VIN ending in 9173
2018 Ford F-750 dump truck; VIN ending in 1511
2018 Townmaster Eq Trailer; VIN ending in 0471

Describe the lien
Equipment Loan
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.26 **King Capital Management**
Creditor's Name

620 Green Valley Rd., #206
Greensboro, NC 27408
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
4/4/2025
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Debtor's assets

$41,785.00 $0.00

Describe the lien
MCA Loan
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.27 **PIRS Capital, LLC**
Creditor's Name
1688 Meridian Avenue, Ste 700
Miami Beach, FL 33139
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
Debtor's assets

$117,150.00 $0.00

Describe the lien
MCA Loan
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

| | | | |
|---|---|---|---|
| 6/17/2025<br>Last 4 digits of account number<br>8933<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes Specify each creditor, including this creditor and its relative priority. | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| 2.28 **Smart Business**<br>Creditor's Name<br>561 NE 79th Street<br>Miami, FL 33138<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>9/17/2025<br>**Last 4 digits of account number**<br>2531<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Debtor's assets<br><br>**Describe the lien**<br>MCA Loan<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $97,775.00 | $0.00 |
| 2.29 **Thoro Corp.**<br>Creditor's Name<br>c/o Brian Rabkin. Esq.<br>525 West 52nd Street, 9CS<br>New York, NY 10019<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>8/2025<br>**Last 4 digits of account number**<br>2025<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>U250181127624<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $233,970.00 | $0.00 |
| 2.30 **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $1,934,009.00 | $0.00 |

Debtor **Traxx Construction Inc.** Case number (if known)
Name

Creditor's Name
**c/o Elan S. Levey**
**300 N. Los Angeles Street**
**Fed. Bldg. Rm. 7516**
**Los Angeles, CA 90012**
Creditor's mailing address

**Debtor's assets**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**5/30/2020**
**Last 4 digits of account number**
**3886**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 1 **U.S. Small Business Administration**
Creditor's Name
**c/o Elan S. Levey**
**300 N. Los Angeles Street**
**Fed. Bldg. Rm. 7516**
**Los Angeles, CA 90012**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**$250,500.00** **$0.00**

**Describe the lien**
**SBA Disaster Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**9/20/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3 **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$5,597,959.5 2**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Advance Servicing Inc.**<br>**15 Main Street**<br>**Holmdel, NJ 07733** | Line **2.26** | |

Debtor **Traxx Construction Inc.**
Name

Case number (if known)

**Thoro Corp.**
**800 N. Federal Hwy., 905**
**Hallandale, FL 33009**

Line **2.29**

**Fill in this information to identify the case:**

Debtor name **Traxx Construction Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease. Lease expires on 12/8/2026.** | |
| | State the term remaining | | **BMW Financial**<br>**5550 Britton Pkwy**<br>**Hilliard, OH 43026** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for the property located at 2637 Saint Louis Avenue, Signal Hill, CA 90755. The landlord is the Debtor's principal, Charles Resner. The monthly rent obligation is $12,000.** | |
| | State the term remaining | | **Charles Rezner**<br>**2637 Saint Louis Avenue**<br>**Signal Hill, CA 90755** |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Leased copier. Lease ends on 2/7/2028.** | |
| | State the term remaining | | **Wells Fargo Bank, N.A.**<br>**PO Box 5058**<br>**MAC: P6053-021**<br>**Portland, OR 97208** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Traxx Construction Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Charles Rezner** | **2637 Saint Louis Avenue**<br>**Signal Hill, CA 90755** | **Thoro Corp.** | ■ D **2.29**<br>☐ E/F<br>☐ G |
| 2.2 | **Charles Rezner** | **2637 Saint Louis Avenue**<br>**Signal Hill, CA 90755** | **Amerifi Capital, LLC** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.3 | **Charles Rezner** | **2637 Saint Louis Avenue**<br>**Signal Hill, CA 90755** | **Smart Business** | ■ D **2.28**<br>☐ E/F<br>☐ G |
| 2.4 | **Charles Rezner** | **2637 Saint Louis Avenue**<br>**Signal Hill, CA 90755** | **BMW Financial** | ■ D **2.4**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Traxx Construction Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$7,129,924.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$14,442,380.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$12,266,334.32** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Charles Rezner**<br>**2637 Saint Louis Avenue**<br>**Signal Hill, CA 90755**<br>**Owner** | **1/1/2025 -**<br>**10/12/2025** | **$0.00** | **compensation for services rendered + draws** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **L.A. Commercial Group, Inv. v. Traxx Construction Inc.**<br>**25NWLC62842** | **Complaint/Collection** | **Superior Court of CA**<br>**Southern District**<br>**12720 Norwalk Blvd.**<br>**Norwalk, CA 90650** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Trustees of the Operating Engineers Pension Trust v. Traxx Construction Inc.**<br>**2:25-cv-9034** | **Complaint for Breach of Written Collective Bargaining Agreement & Violation of ERISA** | **US District Court**<br>**Central District of California** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Thoro Corp. v. Traxx Construction, Inc. and Charles Rezner**<br>**Index No. 533115/2025** | **Breach of Contract, Unjust Enrichment,** | **Supreme Court of the State of New York**<br>**County of Kings**<br>**320 Jay Street**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| 2019 Ford F-650 Truck (lost in a fire) | | 8/4/2025 | $70,510.99 |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Law Offices of Kenneth H. Dramer PC<br>626 RXR Plaza<br>West Tower, 6th Floor<br>Uniondale, NY 11556 | Law Offices of Kenneth Dramer was retained to defend Debtor against MCA collection/lawsuits | 9/29/2025<br>$9,300.00<br>9/30/2025<br>$6,200 | $15,500.00 |

**Email or website address**

**Who made the payment, if not debtor?**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212** | **Attorney Fees** | **10/14/2025** | **$51,738.00** |

**Email or website address**
**michael.berger@bankruptcypower.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **10926 Portal Drive**<br>**Los Alamitos, CA 90720** | **7/1/2018 - 4/15/2025** |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Alamitos Tax & A1 Bookkeeping**<br>**3700 Katella Ave., Ste A**<br>**Los Alamitos, CA 90720** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Alamitos Tax & A1 Bookkeeping<br>3700 Katella Ave., Ste A<br>Los Alamitos, CA 90720 | |
| 26c.2. Charles Rezner<br>2637 Saint Louis Avenue<br>Signal Hill, CA 90755 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Rezner | 2637 Saint Louis Avenue<br>Signal Hill, CA 90755 | Owner, President and CEO | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Charles Rezner<br>2637 Saint Louis Avenue<br>Signal Hill, CA 90755<br><br>Relationship to debtor<br>Owner | 2024: $134,321.92 in W-2 and $309,678.08 in owner draws<br>2025 YTD: $184,500 in W-2 and $_____ in owner draws | 2024 and 2025 from 1/1/25 - 10 /12/25 | Compensation for services rendered to Debtor |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor Traxx Construction Inc. Case number (if known)

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ☐ No
- ☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Operating Engineers Trust Fund | EIN: 924709 |
| Construction Laborers Trust Fund | EIN: 116375 |

**Part 14: Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/21/2025

Signature of individual signing on behalf of the debtor — Charles Rezner, Printed name

Position or relationship to debtor CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

- ☒ No
- ☐ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Traxx Construction Inc.** Debtor(s)

Case No. ______
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept A RETAINER OF | $ | 25,000.00 |
| Prior to the filing of this statement I have received A RETAINER OF | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/21/25
*Date*

Michael Jay Berger
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax: (310) 271-9805
California State Bar Number: 100291 CA
michael.berger@bankruptcypower.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney

☒ Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

Traxx Construction Inc.

CASE NO.:

CHAPTER: 11

Debtor(s).

VERIFICATION OF MASTER
MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 6 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 11/21/2025 Signature of Debtor 1

Date: Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 11/21/25 Signature of Attorney for Debtor (if applicable)

Traxx Construction Inc.
2637 Saint Louis Avenue
Signal Hill, CA 90755

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

A & A Ready Mixed Concrete Inc.
4621 Teiler Avenue
Newport Beach, CA 92660

AAAA Test Co.
41758 12th St. West Suite E
Palmdale, CA 93551

ACE Print Agency
1515 W. MacArthur Blvd., Ste 2
Costa Mesa, CA 92626

ACE Technologies
3 Malaga Cove Plaza Ste. 207
Palos Verdes Peninsula, CA 90274

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250

Advance Servicing Inc.
15 Main Street
Holmdel, NJ 07733

AFLAC
Worldwide Headquarters
GA 31990

Airgas USA, LLC
PPO Box 102289
Pasadena, CA 91189

Alamitos Tax Services
3700 Katella Ave Ste. A
Los Alamitos, CA 90720

Allen Winholdz
473 Acoma Blvd. S #105
Lake Havasu City, AZ 86406

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

American Rentals Inc
88 Victoria St.
Long Beach, CA 90805

Amerifi Capital, LLC
750 East Main Street, Ste 620
Stamford, CT 06902

AMPAC TRI-STATE CDC, INC. AMPAC BUS
3110 B Inland Empire Blvd.
Ontario, CA 91764

ARC Document Solutions
345 Clinton St.
Costa Mesa, CA 92626

BMW Financial
5550 Britton Pkwy
Hilliard, OH 43026

Bragg Investments
dba Coastal Equipment
6242 N. Paramount Blvd, Bldg A
Long Beach, CA 90805

Charles Rezner
2637 Saint Louis Avenue
Signal Hill, CA 90755

Chase Bank
PO Box 78035
Phoenix, AZ 85062-8035

Chase Bank
PO Box 15298
Wilmington, DE 19850

Dakota Financial
11766 Wilshire Blvd., Suite 550
Los Angeles, CA 90025

Ford Motor Credit
P.O. Box 105704
Atlanta, GA 30348

Franchise Tax Board
Bankrutpcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Hesam Hejazi
2443 Leaflock Avenue
Westlake Village, CA 91361

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

John Deere Construction & Forestry
6400 NW 86th Street
Johnston, IA 50131

Joshua Easterly
30475 Sea Horse Circle
Sun City, CA 92587

Keystone Equipment Finance Corp.
433 New Park Avenue
West Hartford, CT 06110

King Capital Management
620 Green Valley Rd., #206
Greensboro, NC 27408

LA Commercial Group, Inc.
dba Continental Commercial Group
c/o Carol R. Hamilton, Esq.
1111 N. Brand Blvd., Ste 401
Glendale, CA 91202

Laborers Trust Funds for Southern
California Administrative Company
c/o Reich, Adell & Cvitan
330 North Brand Blvd., Ste 250
Glendale, CA 91203

PIRS Capital, LLC
1688 Meridian Avenue, Ste 700
Miami Beach, FL 33139

Sheida Azari
2190 Calle Riscoso
Thousand Oaks, CA 91362

Smart Business
561 NE 79th Street
Miami, FL 33138

Thoro Corp.
c/o Brian Rabkin. Esq.
525 West 52nd Street, 9CS
New York, NY 10019

Thoro Corp.
800 N. Federal Hwy., 905
Hallandale, FL 33009

Trustees of Operating Engineers
Pension Trust
c/o Marija Kristich Decker, Esq.
200 South Los Robles Avenue, Suite
Pasadena, CA 91101-3030

U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012

Wells Fargo Bank, N.A.
PO Box 5058
MAC: P6053-021
Portland, OR 97208

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**michael.berger@bankruptcypower.com**<br><br>☑ *Attorney for: Traxx Construction Inc.* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>**Traxx Construction Inc.**<br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Charles Rezner**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [x] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2. a. [x] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:

   **See Addendum**

   b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

11/20/2025
Date

By ______________________
Signature of Debtor, or attorney for Debtor

Name: **Charles Reiner**
Printed name of Debtor, or attorney for Debtor

## Addendum to Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**Charles Rezner**
**2637 Saint Louis Avenue**
**Signal Hill, CA 90755**