MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
E-mail: Michael.berger@bankruptcypower.com
E-mail: Sofya.davtyan@bankruptcypower.com

Counsel for Debtor and Debtor-in-Possession,
Traxx Construction Inc.

FILED & ENTERED

FEB 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

Traxx Construction Inc.,

  Debtor and Debtor-in-Possession.

) CASE NO.:  2:25-bk-20463-WB
)
) Chapter 11
)
) **SCHEDULING ORDER AFTER INTIAL**
) **STATUS HEARING**
)
)
)
)
) Continued Status Hearing:
) Date:        May 7, 2026
) Time:        10:00 a.m.
) Location:   255 E. Temple Street
)                   Courtroom 1375
)                   Los Angeles, CA 90012
)
)
)
)
)
)
)
)
)

1

SCHEDULING ORDER SCHEDULING ORDER AFTER INTIAL STATUS HEARING

On January ~~11~~ *8*, 2026, *at 10:00 a.m.* a chapter 11 status conference was held in the bankruptcy case filed by Traxx Construction Inc ("Debtor").  Appearances are noted on the record.

Based upon the status conference,

**IT IS ORDERED:**

1. **February 27, 2026** is the deadline for creditors to file proofs of claim in the case;

2. **March 20, 2026** is the deadline for Debtor to file its Disclosure Statement and Plan of Reorganization;

3. **May 7, 2026 at 10:00 a.m.** is the continued status hearing. Updated status report due by April 23, 2026.

**IT IS SO ORDERED**.

###

Date: February 10, 2026

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge

2

SCHEDULING ORDER SCHEDULING ORDER AFTER INTIAL STATUS HEARING