MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com

Counsel for Debtor in Possession
Traxx Construction Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO.:  25-bk-20463-WB |
| Traxx Construction Inc., | Chapter 11 |
| Debtor and Debtor-in-Possession. | **MOTION TO EXTEND TIME FOR DEBTOR TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; DECLARATIONS OF MICHAEL JAY BERGER AND CHARLES REZNER IN SUPPORT THEREOF** |
| | Date:    TBD<br>Time:    TBD<br>Place:    Courtroom 1375<br>255 E. Temple St.<br>Los Angeles, CA 90012 |
| | [Filed concurrently with Application for Order Setting Hearing on Shortened Notice] |

**TO THE HONORABLE JULIA W. BRAND, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, SECURED CREDITORS, TWENTY LARGEST CREDITORS; AND ALL OTHER INTERESTED PARTIES:**

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Traxx Construtcion Inc., Debtor and Debtor-in-Possession ("Debtor") requests an extension of the time in which Debtor has the exclusive right to file a chapter 11 plan pursuant to 11 U.S.C. Section 1121(b) by 90 days, from March 20, 2026 to June 18, 2026. This is the first request by Debtor for an extension of time. The Debtor filed its chapter 11 petition on November 21, 2025 (the "Petition Date"). The Court has set a deadline of March 20, 2026 for Debtor to file its Disclosure Statement and Plan of Reorganization. (Dkt. 119). The exclusivity period for the Debtor to file its plan of reorganization ends 120 days after the Petition Date, or March 21, 2026.

Cause exists for this Court to grant the extension because Debtor's case is complex, involving multiple construction contracts with contractual disputes, and claims asserted against funds by multiple competing parties. Debtor has sizable secured and priority claims, including the secured claim of the U.S. Small Business Administration, in the amount of $1,950,700.15 (Claim No. 9); Ford Motor Credit Company's secured claims over $470,000 (See Claim Nos. 1, 2, 3, 4, 6, 7, 10, 11, 12, 13); John Deere Construction Co.'s claim in the amount of $685,060 secured by construction equipment (Claim No. 22); the IRS priority unsecured claim in the amount of $541,769.70. (Claim No. 18); the Construction Laborer Trust Funds for Southern California's priority claim in the amount of $342,291.48; (Claim No. 27) and the Employment Development Department's priority claim in the amount of $148,677.10 (Claim No. 26).

Debtor needs additional time to negotiate claim treatment with creditors. Debtor's petition was filed only 3 months ago and Debtor has been acting in good faith to negotiate with creditors and has successfully stipulated for release of funds with two creditors. Notwithstanding the efforts of Debtor and counsel, Debtor's counsel filed a motion to

withdraw as Debtor's bankruptcy counsel on February 5, 2026. (Dkt. 114). A hearing on the motion is set for March 5, 2026. (Dkt. 116). If the motion to withdraw as Debtor's bankruptcy counsel is granted, Debtor needs additional time to retain new counsel and to prepare a plan of reorganization. Debtor is not requesting an extension in order to pressure creditors to submit to any reorganization demands. All of the foregoing demonstrate cause to grant Debtor an extension of time to file a Disclosure Statement and Plan of Reorganization.

## II. BACKGROUND

On November 21, 2025, Debtor filed its Chapter 11 bankruptcy petition. Debtor operates a construction company which specializes in all aspects of excavation and backfill operations for structural, mechanical, plumbing and electrical projects. Debtor also specializes in sewer and storm drain construction, excavation, demolition and grading. Debtor's secured creditors have claims totaling approximately $5,597,960.00. As of the petition date, the Debtor's assets had an estimated value of $1,928,387.00, which includes vacant land, funds in the checking accounts, equipment and vehicles. As of the petition date, Debtor believed that it was owed approximately $2 million from contractors or subcontractors for completed work.

Since filing the petition Debtor has been engaged in negotiations with various subcontractors to release funds which Debtor believes are owed to it for work completed pre-petition. Debtor obtained court approval of a stipulation for release of funds with Baker Electric and Renewables, LLC. (Dkt. 88). Debtor obtained approval of a stipulation with Pinner Construction Co. to resolve Pinner's motion for an order to compel assumption or rejection of certain contracts. (Dkt. 126). Debtor is continuing to work on negotiating the release or turnover of funds with other contractors or subcontractors. Debtor also obtained an order to employ a real estate broker to sell Debtor's real estate in Arizona. (Dkt. 94). Notwithstanding the progress that has been made, Debtor needs additional time to negotiate claim treatment with numerous creditors and determine if it can formulate a confirmable plan.

MOTION TO EXTEND THE DEBTOR'S EXCLUSIVITY PERIOD,
DECLARATIONS IN SUPPORT THEREOF

## III.   LEGAL AUTHORITY

### THE COURT HAS THE AUTHORITY TO GRANT DEBTOR AN EXTENSION OF THE EXCLUSIVITY PERIODS FOR FILING A PLAN OF REORGANIZATION

11 U.S.C. Section 1121(b) grants Debtor an exclusive period of 120 days after the Petition Date to file a plan of reorganization. Section 1121(d) states: On request of a party in interest made within the respective periods specified in subsection (b) and (c) of this section and after notice and a hearing, the court may for cause reduce or increase the 120-day period or the 180 day period referred to in this section." In re Hoffinger Industries, Inc. (8th Cir. 2003) 292 B.R. 639, 643. "The factors that must be established to constitute 'cause' to reduce or increase the exclusivity periods are not described within Section 1121(d), yet the legislative history of this section reveals what may establish cause." Id. at 643. "[T]he following factors, among others, have been identified as being relevant in determining whether 'cause' exists:

a.  The size and complexity of the case;

b.  The necessity of sufficient time to permit the debtor to negotiate a plan of reorganization and prepare adequate information;

c.  The existence of good faith progress towards reorganization;

d.  Whether the debtor has made progress in negotiating with its creditors;

e.  The amount of time which has elapsed in the case;

f.  Whether the debtor is seeking an extension of exclusivity in order to pressure creditors to submit to the debtor's reorganization demands; and

In re Express One International, Inc. (Bankr. 1996 E.D. Tex.) 194 B.R. 98, 100; See also In re Hoffinder Industries, Inc. at 643-644.

"It is within the discretion of the bankruptcy court to decide which factors are relevant and give the appropriate weight to each." In re Hoffinder Industries, Inc. at 644.

## IV. ARGUMENT

### CAUSE EXISTS TO GRANT DEBTOR THE EXTENSION

Here, many of the above factors exist and thus cause exists for this court to extend the exclusivity periods, as follows:

a. The size and complexity of Debtor's case

Debtor's largest secured creditor is the U.S. Small Business Administration, with a claim of $1,950,700.15. (Claim No. 9). Debtor also has multiple claims secured by vehicles, equipment or other property which exceed $470,000. (See Claim Nos. 1, 2, 3, 4, 6, 7, 10, 11, 12, 13 of Ford Motor Credit Co.). John Deere Construction Co. holds a claim in the amount of $685,060 secured by construction equipment. (Claim No. 22). The IRS has a priority unsecured claim in the amount of $541,769.70. (Claim No. 18). The Construction Laborer Trust Funds for Southern California has a large priority claim in the amount of $342,291.48. (Claim No. 27). The Employment Development Department has a priority claim in the amount of $148,677.10. (Claim No. 26). Debtor has obtained authority to use cash collateral and continues to operate as a Debtor-in-Possession, but needs additional time to determine which equipment and vehicles it can surrender while still operating, and to formulate a plan to provide for the sizeable secured and priority claims in the case, and to determine what general unsecured creditors can be paid.

b. The necessity of sufficient time to permit the Debtor to negotiate a plan of reorganization and prepare adequate information

Debtor has been operating on a shoestring budget since filing the petition, while working on collecting past due payments and trying to generate new business. Debtor's counsel has filed a motion to withdraw. (Dkt. 114). Debtor, and any new counsel it retains, needs additional time to analyze Debtor's ongoing income and determine if a confirmable plan can be proposed.

c. The existence of good faith progress towards reorganization

Debtor has made progress in its case. Debtor has obtained authority to use cash collateral (Dkt. 89), has obtained approval of two stipulations with subcontractors (Dkt. Nos. 88, 126), has obtained an order to employ a real estate broker to sell its real estate (Dkt. 94), and has filed its monthly operating reports. Since the inception of this case, the Debtor has been acting in good faith as the fiduciary for the estate to move the case along.

d. Whether the debtor has made progress in negotiating with its creditors

Debtor obtained approval of a stipulation for release of funds with subcontractors Baker Electric. (Dkt. 88). Debtor obtained approval of a stipulation to resolve Pinner Construction Company's motion to compel assumption or rejection of certain contracts. (Dkt. 126). Debtor is involved with negotiations with Turner Construction and Control Air for the release of funds related to a project in San Diego. (Decl. of Charles Rezner).

e. The amount of time which has elapsed in the case

The Debtor's case was filed only three months ago on November 21, 2025.

f. Debtor is NOT seeking an extension of exclusivity in order to pressure creditors to submit to the debtor's reorganization demands

Debtor is not seeking an extension of time to file a plan to pressure any of its creditors to submit to Debtor's reorganization demands. On the contrary, Debtor has been

involved in good faith negotiations with various contractors and subcontractors to try and resolve contractual disputes and gain access to critical funding.

## V.  CONCLUSION

Debtor submits that the foregoing facts establish cause for an extension of the exclusivity period and the deadline by which Debtor must file a plan of reorganization. Debtor therefore respectfully requests that the Court enter an Order (1) extending the period in which the Debtor has the exclusive right to file a plan of reorganization and extending the deadline to file a plan from March 20, 2026 through and including June 18, 2026, and for any further relief as the Court deems proper.

**LAW OFFICES OF MICHAEL JAY BERGER**

Dated: Feb. 27, 2026            By:

Michael Jay Berger
Counsel for Debtor,
Traxx Construction Inc.

## DECLARATION OF MICHAEL BERGER

I, Michael Berger, declare and state as follows:

1.     I am an attorney at law duly admitted to practice in the State of California. I am the founder of the Law Offices of Michael Jay Berger, the counsel of record for Debtor-in-Possession, Traxx Construction Inc., in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would competently testify to each of them.

2.     I make this declaration in support of Debtor's Motion to Extend the Exclusivity Period and time for filing a chapter 11 plan.

3.     The Debtor filed its chapter 11 petition November 21, 2025 (the "Petition Date"). The Court has set a deadline for the Debtor to file its Disclosure Statement and Plan of Reorganization by March 20, 2026. The exclusivity period for the Debtor to file its plan of reorganization ends on March 21, 2026.

4.     Cause exists for this Court to grant the extension. I have filed a motion to withdraw as counsel, and a hearing on the motion to withdraw is scheduled for March 5, 2026. (Dkt. 116).

5.     Debtor needs additional time to retain new counsel, to evaluate its post-petition income and expenses and to determine if it can propose a confirmable plan.

6.     Debtor's largest secured creditor is the U.S. Small Business Administration, with a claim of $1,950,700.15. (Claim No. 9). Debtor also has multiple claims secured by vehicles, equipment or other property which exceed $470,000. (See Claim Nos. 1, 2, 3, 4, 6, 7, 10, 11, 12, 13 of Ford Motor Credit Co.). John Deere Construction Co. holds a claim in the amount of $685,060 secured by construction equipment. (Claim No. 22). The IRS has a priority unsecured claim in the amount of $541,769.70. (Claim No. 18). The Construction Laborer Trust Funds for Southern California has a large priority claim in the amount of $342,291.48. (Claim No. 27). Employment Development Department has a priority claim in the amount of $148,677.10 (Claim No. 26).

7.     Debtor has obtained authority to use cash collateral and continues to operate as a Debtor-in-Possession, but needs additional time to determine if it can propose a confirmable plan.

8.     Debtor obtained court approval of a stipulation for release of funds with Baker Electric and Renewables, LLC. (Dkt. 88).

9.     Debtor obtained approval of a stipulation with Pinner Construction Co. to resolve Pinner's motion for an order to compel assumption or rejection of certain contracts. (Dkt. 126).

10.     Debtor is continuing to work on negotiating the release or turnover of funds with Turner Construction and Control Air.

11.     Debtor also obtained an order to employ a real estate broker to sell Debtor's real estate in Arizona. (Dkt. 94)

12.     Notwithstanding the progress made in the case, Debtor will need additional time to retain new counsel if the motion to withdraw is granted and to determine if a confirmable plan can be prepared.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration is executed on Februar 27, 2026 at Beverly Hills, California.

_____
Michael Jay Berger

MOTION TO EXTEND THE DEBTOR'S EXCLUSIVITY PERIOD;
DECLARATIONS IN SUPPORT THEREOF

## DECLARATION OF CHARLES REZNER

I, Charles Rezner, declare and state as follows:

1.      I am the President and Owner of Traxx Construction, Inc., the debtor and debtor-in-possession in the above-captioned matter (the "Debtor" or "Traxx"). I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.      On November 21, 2025, Debtor filed its Chapter 11 bankruptcy petition, case number 2:25-bk-20463-WB. This is the Debtor's first voluntary bankruptcy petition filing.

3.      Traxx is a construction business which specializes in all aspects of excavation and backfill operations for structural, mechanical, plumbing and electrical projects. It also specializes in sewer and storm drain construction, excavation, demolition and grading.

4.      The Court has set a deadline of March 20, 2026 for Debtor to file its Disclosure Statement and Plan of Reorganization. (Dkt. 119). The exclusivity period for the Debtor to file its plan of reorganization ends 120 days after the Petition Date, or March 21, 2026.

5.      Since filing the petition 3 months ago, Traxx has been acting in good faith to negotiate with creditors and has successfully stipulated for release of funds with two contractors/subcontractors: Baker Electric and Renewables, LLC and Pinner Construction Co.

6.      Debtor has been operating on a shoestring budget since filing the petition, while working on collecting past due payments and trying to generate new business.

7.      Traxx is currently involved in negotiating release of funds from a construction project in San Diego with Turner Construction and Control Air Enterprises.

8.      Debtor's case is complex, involving multiple construction contracts with contractual disputes, and claims asserted against funds by multiple competing parties.

Debtor has sizable secured and priority claims, including the secured claim of the U.S. Small Business Administration, in the amount of $1,950,700.15 (Claim No. 9); Ford Motor Credit Company's secured claims over $470,000 (See Claim Nos. 1, 2, 3, 4, 6, 7, 10, 11, 12, 13); John Deere Construction Co.'s claim in the amount of $685,060 secured by construction equipment (Claim No. 22); the IRS priority unsecured claim in the amount of $541,769.70. (Claim No. 18); the Construction Laborer Trust Funds for Southern California's priority claim in the amount of $342,291.48; (Claim No. 27) and the Employment Development Department's priority claim in the amount of $148,677.10 (Claim No. 26).

9.     Debtor needs additional time to negotiate claim treatment with creditors.

10.     Notwithstanding the efforts of Debtor and counsel, Debtor's counsel filed a motion to withdraw as Debtor's bankruptcy counsel on February 5, 2026. (Dkt. 114). A hearing on the motion is set for March 5, 2026. (Dkt. 116). If the motion to withdraw as Debtor's bankruptcy counsel is granted, Debtor needs additional time to retain new counsel and to prepare a plan of reorganization.

11.     Debtor is not requesting an extension in order to pressure creditors to submit to any reorganization demands.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on February 27, 2026 in Los Angeles, California.

Charles Rezner

MOTION TO EXTEND THE DEBTOR'S EXCLUSIVITY PERIOD,
DECLARATIONS IN SUPPORT THEREOF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO EXTEND TIME FOR DEBTOR TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION; DECLARATIONS OF MICHAEL JAY BERGER AND CHARLES REZNER IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/27/2026** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **2/27/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/27/2026 | Samuel Barnett | /s/Samuel Barnett |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

Counsel: Michael Jay Berger     michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Marija K Decker     decker@luch.com, caroberts@luch.com,kimberley@luch.com
Counsel for Construction Laborers Trust Funds: Aaron G Lawrence     aaronl@rac-law.com, maryannc@rac-law.com
Counsel for SBA: Elan S Levey     elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
Counsel for BMW: Amitkumar Sharma     amit.sharma@aisinfo.com
Counsel for Baker Electric: Kelly Ann M Tran     kelly@smalllawcorp.com, katelin@smalllawcorp.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
U.S. Trustee: Hatty K Yip     hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
Counsel for Keystone Equipment: Brett Ramsaur     brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
Counsel for Wright Law Group: Christopher Beyer     cab@replevin.com, ecf@writofseizure.com
Counsel for Pinner Construction: Xavia M. Gamboa     xgamboa@watttieder.com, csilva@watttieder.com
Counsel for Pinner Construction: Marguerite Lee DeVoll     mdevoll@watttieder.com Jennifer Larkin Kneeland
jkneeland@watttieder.com, mlindau@watttieder.com
Interested Party: James Ficenec     james.ficenec@ndlf.com, alex.reel@ndlf.com
Interested Party: Larry D. Webb     Webblaw@gmail.com

## 2. SERVED BY UNITED STATES MAIL:

## SECURED CREDITORS:

Allen Winholdz
473 Acoma Blvd. S #105
Lake Havasu City, AZ 86406

Amerifi Capital, LLC
750 East Main Street, Ste 620
Stamford, CT 06902

AMPAC TRI-STATE CDC, INC. AMPAC BUS
3110 B Inland Empire Blvd.
Ontario, CA 91764

BMW Financial
5550 Britton Pkwy
Hilliard, OH 43026

Bragg Investments
dba Coastal Equipment
6242 N. Paramount Blvd, Bldg A
Long Beach, CA 90805

Ford Motor Credit
P.O. Box 105704
Atlanta, GA 30348

John Deere Construction & Forestry
6400 NW 86th Street
Johnston, IA 50131

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                      F 9013-3.1.PROOF.SERVICE

Joshua Easterly
30475 Sea Horse Circle
Sun City, CA 92587

Keystone Equipment Finance Corp.
433 New Park Avenue
West Hartford, CT 06110

King Capital
133 River Road
Cos Cob. CT 06807

King Capital Management
620 Green Valley Rd., #206
Greensboro, NC 27408

PIRS Capital, LLC
1688 Meridian Avenue, Ste 700
Miami Beach, FL 33139

Smart Business
561 NE 79th Street
Miami, FL 33138

Thoro Corp.
c/o Brian Rabkin. Esq.
525 West 52nd Street, 9CS
New York, NY 10019

Thoro Corp.
800 N. Federal Hwy., 905
Hallandale, FL 33009

U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012

## 20 LARGEST UNSECURED CREDITORS:

American Rentals Inc
88 Victoria St.
Long Beach, CA 90805

Bank of America
P O Box 15019
Wilmington, DE 19886-5019

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

Chase Bank
PO Box 15298
Wilmington, DE 19850

Ferguson Waterworks
PO Box 740827
Los Angeles, CA 90074-0827

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Global Transloading LLC
1842 East 29th Street
Signal Hill, CA 90755

Hesam Hejazi
2443 Leaflock Avenue
Westlake Village, CA 91361

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Laborers Trust Funds for Southern
California Administrative Company
c/o Reich, Adell & Cvitan
330 North Brand Blvd., Ste 250
Glendale, CA 91203

Orange County Winwater Works
1617 East Ball Rd.
Anaheim, CA 92805

Rust Logistics
1553 Old Hwy 80
El Cajon, CA 92021

Trustees of Operating Engineers
Pension Trust
c/o Marija Kristich Decker, Esq.
200 South Los Robles Avenue, Suite
Pasadena, CA 91101-3030

Ascent Consulting
400 Interstate North Pkwy, Ste 500
Atlanta, GA 30339

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**

Associated Ready Mixed Concrete
4621 Teller, Ste 130
Newport Beach, CA 92660

Coastline Equipment
6242 N. Paramount Blvd. Building A
Long Beach, CA 90805

Broadway Glass & Mirror Inc.
2001 West 16th Street
Long Beach, CA 90813

Centerline
PO Box 2687
Tehachapi, CA 93581
Dakota Financial
11766 Wilshire Blvd., Suite 550
Los Angeles, CA 90025

Deltek + Computer East
PO Box 936989
Atlanta, GA 31193

Equipment Share
2590 Main Street
Chula Vista, CA 91911

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:25-bk-20463-WB
Central District of California
Los Angeles
Fri Feb 27 13:12:34 PST 2026

Additional Notices International Inc.
Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

BMW Financial Services NA, LLC
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108-3708

BMW Financial Services NA, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Baker Electric & Renewables LLC
c/o Small Law PC
402 W. Broadway, Ste. 1720
San Diego, CA 92101-8559

Commodity Trucking Acquisition, LLC dba Wes
14085 Magnolia Ave
Chino, CA 91710 United States of America 91

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Keystone Equipment Finance Corp.
c/of Ramsaur Law P.C.
3070 Bristol St, Ste 640
Costa Mesa, CA 92626-3067

Law Offices of Michael Jay Berger
9454 Wilshire Blvd, 6th Fl
Beverly Hills, CA 90212-2980

Traxx Construction Inc.
2637 Saint Louis Avenue
Signal Hill, CA 90755-2023

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

A & A Ready Mixed Concrete Inc.
4621 Teiler Avenue
Newport Beach, CA 92660-2165

AAA Test Co.
1758 12th St. West Suite E
Palmdale, CA 93551-1421

ACE Print Agency
1515 W. MacArthur Blvd., Ste 2
Costa Mesa, CA 92626-1414

ACE Technologies
3 Malaga Cove Plaza Ste. 207
Palos Verdes Peninsula, CA 90274-6810

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878

AMPAC TRI-STATE CDC, INC. AMPAC BUS
3110 B Inland Empire Blvd.
Ontario, CA 91764-6572

ARC Document Solutions
345 Clinton St.
Costa Mesa, CA 92626-6011

AT &T Document Sotutions, LLC
345 Clinton Street
Costa Mesa, CA 92626-6011

AT&T
P O box 5014
Carol Stream. IL 60197-5014

Advance Servicing Inc.
15 Main Street
Holmdel, NJ 07733-2105

Airgas USA, LLC
PO Box 102289
Pasadena, CA 91189-0001

Alamitos Tax Services
3700 Katella Ave Ste. A
Los Alamitos, CA 90720-6407

Allen Winholdz
473 Acoma Blvd. S  #105
Lake Havasu City, AZ 86406-6930

American Contractors Indemnity Company
601 S. Figueroa St., Ste. 700
Los Angeles, CA 90017-2523

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355-0701

American Express Travel Related Services Co
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

American Rentals Inc
8 Victoria St.
Long Beach, CA 90805-2157

Amerifi Capital, LLC
750 East Main Street, Ste 620
Stamford, CT 06902-3872

Ascent Consulting
400 Interstate North Pkwy, Ste 500
Atlanta, GA 30339-5001

Associated Ready Mixed Concre
621 Teller, Ste 130
Newport Beach, CA 92660-2165

Material Factors of California
1965 Fir Street
P O Box 1388
Ventura, CA 93002-1388

BMW Financial
5550 Britton Pkwy
Hilliard, OH 43026-7456

BMW Financial Services NA, LLC c/o AIS Portf
515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Badger Dylighting Corp,
P O Box 95000
LB#1627
Philadelphia, PA 19195-0001

Baker Electric & Renewables LLC
Small Law PC
402 W. Broadway, Suite 1720
San Diego, CA 92101-8559

p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BcWire Rope & Rigging
2720 E Regat Paik Drive
Anaheim, CA 92806-2417

Blue Shield of California
PO Box 749415
Los Angetes, CA 90074-9415

Bragg Investments
Dba Coastal Equipment
1242 N. Paramount Blvd, Bldg A
Long Beach, CA 90805-3714

Brett H. Ramsaur
Joshua M. Nyman
Ramsaur Law P.C.
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626-3067

Broadway Glass & Mirror Inc.
2001 West 16th Street
Long Beach, CA 90813-1007

CEMEX
PO Box 100497
Pasadena, CA91189-0497

Capital One
P.O. Box 60024
City Of Industry, CA 91716-0024

Carportland Company
PO Box 847409
Los Angeles, CA 90084-7409

Centerline
PO Box 2687
Tehachapi, CA 93581-2687

Charles Rezner
2637 Saint Louis Avenue
Signal Hill, CA 90755-2023

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

Chase Bank
PO Box 78035
Phoenix, AZ 85062-8035

Christopher Beyer
Wright Law Group, PLLC
1110 N Virgil Ave PMB 90003
Los Angeles, CA 90029-2016

City of Long Beach
PO Box 963
Brookfield, WI 53008-0963

Coastline Equipment
1242 N. Paramount Blvd. Building A
Long Beach. CA 90805-3714

Cole S. Cannon
Cannon Law Group, PLLC
c/o Sunbelt Rentals, Inc.
124 S. 600 E.
Salt Lake City, UT 84102-1909

Commodity Trucking Acquisition, LLC
14085 Magnolia Ave
Chino, CA 91710-7041

Compare Business Solutions
214 E. La Palma Avenue
Anaheim, CA 92807-1816

Connor Concrete Cutting & Cor
6005 Tyler Street
Riverside, CA 92503-1645

Construction Laborers Trust Funds for South
1123 Park View Dr., Suite 201
Covina, CA 91724-3766

Control Air Enterprises, LLC
Robyn B. Sokol, STINSON, LLP
1901 Avenue of the Stars Suite 450
Los Angeles, CA 90067-6006

Credit One
PO. BOX 60500
City Of Industy CA 91716-0500

Cutting Edge Concrete Cutting
4648 Runway Street, Suite A
Simi Valley, CA 93063-3450

MV
O 80:942897
acramento, CA 94279-0897

4665 MacArthur Court, Ste 100
Newport Beach, CA 92660-1825

Dakota Financial
11766 Wilshire Blvd., Suite 550
Los Angeles, CA 90025-6570

akota Financial, LLC
right Law Group, PLLC
870 The Exchange SE, Ste 220
MB 84356
tlanta, GA 30339-2171

Delta Group Inc
1435 S Grove Ave #3
Ontario, CA 91761-4590

Delta Group Inc.
1435 S. Grove Ave #3
Ontario, CA 91761-4590

eltek + Computer East
O Box 936989
ttanta, GA 31193-6989

Deluxe
P.O. Box 883311
San Francisco, CA 94188-3311

Direct Tire Co, Inc.
7227 Lankershim Blvd.
North Hottywood, CA 91605-3804

mployment Development Department
ankruptcy Group MIC 92E, PO BOX 826880
acramento, CA 95814

Equipment Share
2590 Main St
Chula Vista, CA 91911-4614

(p)EQUIPMENTSHARE
ATTN TIM JOHNSON
2000 E BROADWAY PMB 124
COLUMBIA MO 65201-6009

xpedite Transport
675 Raymond Avenue
ignal Hill, CA 90755-2127

Ferguson Waterworks
PO Box 740827
Los Angeles, CA 90074-0827

Fiore Mastercard
PO Box 15796
Wilmington, DE 19886-5796

irst Insurance Funding
50 Skokie Blvd. Ste 1000
orthbrook, IL 60062-7917

Ford Motor Credit
P.O. Box 105704
Atlanta, GA 30348-5704

Ford Motor Credit Company LLC c/o AIS Portf
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

ranchise Tax Board
ankrutpcy Section MS: A-340
O Box 2952
acramento, CA 95812-2952

Gil Hopenstand
312 N. Spring St., 5th Floor
Los Angeles, CA 90012-4701

Global Transloading LLC
1842 East 29th Street
Signal Hill, CA 90755-1906

lobal Transloading, LLC
842 E 29th Street
ignal Hill, CA 90755-1906

Herc Equipment Rentals
27500 Riverview Center Blvd Ste 100
Bonita Springs, FL 34134-4328

Hesam Hejazi
2443 Leaflock Avenue
Westlake Village, CA 91361-2032

SN Software Corp
O Box 841808
allas, TX 75284-1808

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

JLS Concrete Pumping
1775 E. Lemonwood Drive
Santa Paula, CA 93060-9651

PMorgan Chase Bank, N.A.
/b/m/t Chase Bank USA, N.A.
obertson, Anschutz, Schneid,
 Crane LLP
409 Congress Avenue, Suite 100
oca Raton, FL 33487-2853

James MacLeod
The Dunnging Law Firm, APC
9619 Chesapeake Dr., Suite 210
San Diego, CA 92123-1329

Jennifer PeGan
28535 Vista Madera
Rancho Palos Verdes, CA 90275-0865

ensen Enterprises
895 Double R. Blvd.
eno, NV 89521-5917

John Deere Construction & Forestry Company
6400 NW 86th Street
Johnston, IA 50131-2945

John Deere Construction & Forestry Company
C/O The Dunning Law Firm
9619 Chesapeake Dr., Suite 210
San Diego, CA 92123-1329

oints
06999 Hickson St, #20
l Monte, CA 91731

Joseph Materials
8331 Nelson Way
Escondido, CA 92026-5204

Joshua Easterly
30475 Sea Horse Circle
Sun City, CA 92587-7301

elly Ann Tran
mall Law PC
02 W. Broadway, Ste. 1720
an Diego, CA 92101-8559

Keystone Equipment Finance Corp.
c/o Ramsaur Law P.C.
3070 Bristol Street, Ste 640
Costa Mesa, CA 92626-3067

King Capital
133 River Road
Cos Cob, CT 06807-2539

ing Capital Management
20 Green Valley Rd., #206
reensboro, NC 27408-7725

L.U.O.E. Locat Union No. 12
PO Box 7109
Pasadena, CA 91109-7209

LA Commercial Group, Inc.
dba Continental Commercial Group
c/o Carol R. Hamilton, Esq.
1111 N. Brand Blvd., Ste 401
Glendale, CA 91202-3071

aborers Trust Funds for Southern
alifornia Administrative Company
/o Reich, Adell & Cvitan
30 North Brand Blvd., Ste 250
lendale, CA 91203-2330

Merical Computing, Inc.
PO Box 2679
Ventura, CA 93002-2679

Mora Trucking
PO Box 2096
Downey, CA 90242-0096

CS Credit
29 Miner Road
leveland, OH 44143-2117

National Ready Mix Concrete
15821 Ventura Btvd., #475
Encino, CA 91436-4778

National Trench Safety, Inc.
13217 Laureldale Avenue
Downey, CA 90242-5140

or Cal Pipeline Services
83 Reserve Drive
oseville, CA 95678-1340

OC Exchange LLC
7161 McNeit Lane
Buena Park, CA 90620-1755

OC Paint Protection
4215 Katella Avenue
Los Alamitos, CA 90720-3510

live Branch Financial Solutions
1465 N Saxon Drive
ayden, ID 83835-7504

Orange CountyWinwater Works
161 7 East Batt Rd.
Anaheim, CA 92805

PIRS Capital, LLC
1688 Meridian Avenue, Ste 700
Miami Beach, FL 33139-2713

1G Innovations Fleet Repair
5467 Rose Street
ake Elsinore, CA 92530-5573

Pro Source Industrial, LLC
1619 Puryear Drive
Dalton, GA 30721-8338

Procore Technologies, Inc.
PO Box 201212
Dallas, TX 75320-1212

. Dugan Construction. Inc.
157 Marlatt Street
lira Loma, CA 91752-2608

RCS Safety, LLC
900 S. Maple Avenue
Montebello, CA 90640-5412

Raymond Trucking
4131 Ballina Street
Encino. CA 91436-3640

ust Logistics
553 Old Hwy 80
t Cajon, CA 92021

15353 Olde Hwy 80
El Cajon, CA 92021-2408

Security Paving Company Inc.
3075 Townsgate Road. Ste 200
Westlake Village, CA 91361-3225

ervpro
50 Paseo Tesoro Suite B
alnut, CA 91789-2723

Sheida Azari
2190 Calle Riscoso
Thousand Oaks, CA 91362-1141

Shoring Engineers
12645 Clark Street
Santa Fe Springs, CA 90670-3951

imply Backftow Testing&Repair
O Box 250718
lendale, CA 91225-0718

Smart Business
561 NE 79th Street
Miami, FL 33138-4593

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

outhwest Chlorination, lnc.
739 Kanan Road, #282
goura Hills, CA 91301-1601

Stemar Equipment
353 S. Central Avenue
Los Angeles, CA 90013-1784

Sunbelt Rental
2828 East Spring Street
Long Beach, CA 90806-2400

he Construction Pros Corp
561 Brnetwood Drive
orona, CA 92882-4769

Thoro Corp.
800 N. Federal Hwy., 905
Hallandale, FL 33009-2470

Thoro Corp.
c/o Brian Rabkin. Esq.
525 West 52nd Street, 9CS
New York, NY 10019-0315

oro Equipment
20 McKinley Street, Ste 111509
orona, CA 92879-8099

(p)TRENCH SHORING COMPANY
206 N CENTRAL AVENUE
COMPTON CA 90220-1463

Trustees of Operating Engineers
Pension Trust
c/o Marija Kristich Decker, Esq.
200 South Los Robles Avenue, Suite
Pasadena, CA 91101-2479

p)U S  SMALL BUSINESS ADMINISTRATION
12 N SPRING ST 5TH FLOOR
OS ANGELES CA 90012-4701

U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012-3308

U.S. Specialty Insurance Company
801 S. Figueroa St., Ste. 700
Los Angeles, CA 90017-2523

.S. Specialty Insurance Company
randzel Robins Bloom & Csato, L.C.
/o Brett McClure/Gerrick Warrington
000 Wilshire Boulevard, 19th Floor
os Angeles CA 90017-2457

United Rentals
Fite 51122
Punta Santiago, PR 00741-1220

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

alverde Construction
0918 Shoemaker Avenue
anta Fe Springs, CA 90670-4533

Vulcan Materials Company
16013 E Foothill Blvd
Irwindale, CA 91702-2813

(p)WEX BANK
1 HANCOCK STREET
PORTLAND ME 04101-4217

EX Bank
ttn: Legal / Bankruptcy
Hancock Street
ortland, ME 04101-4217

Wells Fargo Bank, N.A.
PO Box 5058
MAC: P6053-021
Portland, OR 97208-5058

Wells Fargo Vendor
PO Box 030310
Los Angeles, CA 90030-0310

Wells Fargo Vendor Financial Services, LLC
101 Walnut Street, MAC F0006-052
Des Moines, IA 50309-3606

North Coast Sand & Gravel
PO Box 5067
Buena Park, CA 90622-5067

Yo Fire
11120 Western Avenue
Stanton, CA 90680-2911


Michael Jay Berger
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2980

c/o Wright Law Group Dakota Financial, LLC
1110 N Virgil Ave PMB 90003
Los Angeles, Ca CA 90029-2016


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
P O Box 15019
Wilmington, DE 19886-5019

EquipmentShare Inc
2000 E Broadway PMB 124
Columbia, MO 65201

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001


French Shoring Company
906 N. Central Avenue
Compton, CA 90220

U.S. Small Business Administration
312 N Spring Street, 5th Fl
Los Angeles, CA 90012

WEX BANK
P O Box 4337
Carol Stream, IL 60197


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Commodity Trucking Acquisition LLC

(u)Construction Laborers Trust Funds For Sout

(u)Control Air Enterprises, LLC


(u)Courtesy NEF

(u)EXP REALTY

(u)First Insurance Funding


(u)Interested Party

(u)Pinner Construction Co., Inc.

(u)AFLAC
Worldwide Headquarters
GA 31990


(d)Pinner Construction Co., Inc.

End of Label Matrix
Mailable recipients   154
Bypassed recipients    10
Total                 164