Michael S. Kogan (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90025
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:25-bk-20463-WB |
| | ) |
| **TRAXX CONSTRUCTION, INC.,** | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) **REPORT ON STATUS OF CHAPTER 11** |
| | ) **CASE** |
| | ) |
| | ) **DATE:** May 7, 2026 |
| | ) **TIME:** 10:00 a.m. |
| | ) **PLACE:** Courtroom 1375 |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Traxx Construction, Inc. (the "**Debtor**"), the debtor and debtor in possession herein in this bankruptcy case, hereby files this Report on Status of Chapter 11 Case (the "**Status Report**") as follows:

1.      **Events Precipitating the Chapter 11 Filing**. What follows is a brief summary of the dates and circumstances that led the Debtor to file bankruptcy.

On or about November 21, 2025, the Debtor commenced this case by filing a Voluntary Petition under Chapter 11, Title 11, United States Code (the "**Petition Date**"). The Debtor is

operating its business and managing its financial affairs as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

The Debtor operates a construction company which specializes in all aspects of excavation and backfill operations for structural, mechanical, plumbing and electrical projects. The Debtor also specializes in sewer and storm drain construction, excavation, demolition and grading. The Debtors Scheduled secured creditors have claims well over $5,000,000. As of the Petition Date, the Debtor's assets had an estimated value of approximately $2,000,000, which includes vacant land, accounts receivables and vehicles. As of the Petition Date, the Debtor believed that it was owed approximately $2,000,000 from contractors or subcontractors for completed work.

By late 2025, the combination of supply chain disruption, macroeconomic pressures, reduced commitments, and increased operating costs rendered the Debtor unable to continue operating under its existing cost structure and debt obligations. Moreover, in the weeks before the bankruptcy filing, certain of the Debtors creditors contacted many of the Debtors customers and attempted to collect on their alleged claims directly from the Debtors customers. The Debtor believes that, absent relief under Chapter 11, continued operations would be at risk, and recoveries to stakeholders would be materially impaired.

Before filing this case, the Debtor developed and began implementing a series of operational changes intended to reduce costs, improve margins, and restore profitability. These initiatives include attempting to collect on outstanding receivables and rejecting burdensome equipment, reducing annual fixed costs, decreasing variable cost expenses, improving margins, restructuring management and finance functions, and instituting strict controls on purchasing and expenses. These measures are designed to reduce costs, improve gross margins, and enhance long-term sustainability.

REPORT ON STATUS OF CHAPTER 11 CASE

Such measures are expected to stabilize operations, implement restructuring initiatives, and preserve enterprise value pending confirmation of a plan of reorganization. The Debtor believes that a reorganization under Chapter 11 will enable it to right-size its operations, restructure obligations, preserve jobs, maintain supplier and customer relationships, and maximize recoveries for creditors relative to a liquidation.

2.    **Disclosure Statement and Plan Filing:** The Debtor anticipates filing its Disclosure Statement and Plan by July 31, 2026. The Motion for approval of the Disclosure Statement will be filed at least 21 days before the hearing.

3.    **Estimate for Filing Motion to Confirm Plan**: The Debtor anticipates filing its Motion for approval of the Plan by October 1, 2026.

4.    **Deadline for Proofs of Claims:** The Court should set a Bar Date of February 27, 2026, as the deadline for filing proofs of claim.

5.    **Professionals:** Initially upon the filing of the bankruptcy case, Traxx chose The Law Offices of Michael Jay Berger ("**Berger**") as its bankruptcy counsel. Traxx determined that given the events in the bankruptcy case to the present, that it would be appropriate to substitute new counsel to represent the Debtor. On March 9, 2026, Traxx caused to be filed with the Court a Substitution of Attorney (Docket # 157) in which it substituted in as counsel the Kogan Law Firm, APC. Traxx selected the Kogan Law Firm, APC ("**KLF**") as its successor counsel.  That application was approved by the Court on its entered order on March 31, 2026 (Doc # 190).

The Debtor has also filed the Application to employ The Green Law Group, LLP ("**GLP**") (Doc # 182) as its special counsel in complex business litigation and construction disputes. Primary GLP will work on various litigation involving the collection of the Debtors outstanding accounts receivables. The Order is pending before the Court for approval.

4.    **Cash Collateral**: The Debtor is making adequate protection payments to its secured creditor Small Business Administration on its cash collateral.

REPORT ON STATUS OF CHAPTER 11 CASE

5.    **Compliance**: The Debtor is in substantial compliance with all of its duties under 11 U.S.C. §§ 521, 1106 and 1107, and all applicable guidelines of the Office of the U.S. Trustee ("**UST**").

6.    **Post-Petition Operations and Efforts to Reorganize**:

The Debtor has focused on collecting outstanding receivables and rejecting burdensome equipment (which has been approved by the Court in its Abandonment Motion, and allowing non-essential vehicles to be turned back to Ford), reducing fixed costs, decreasing expenses, and streamlining its operations **The Debtor is the process of determining the best way to maximize value for its creditors and the estate to either continue operating with agreement from many different parties, or liquidate its assets and collect its significant accounts receivables and fund a liquidating plan of reorganization. Once the Debtor makes its determination, that course of action will be included in the proposed plan of reorganization filed by the deadline of July 31, 2026.**

7.    **Avoidance Actions:**  The Debtor has not completed its investigation of avoidance actions at this time.

DATED:  April 20, 2016                    **KOGAN LAW FIRM, APC**
                                          Michael S. Kogan


                                          By:  /s/Michael S. Kogan
                                               Michael S. Kogan
                                               Attorneys for Debtor

## DECLARATION OF CHARLES REZNER

**I, Charles Rezner, declare as follows:**

1. I am the President of Traxx Construction, Inc. (the "**Debtor**"), the debtor and debtor in possession herein in this bankruptcy case. The contents of this declaration are based upon my personal knowledge of the facts set forth herein, which concern matters under my supervision or control within the scope of my duties with the Debtor herein. If called as a witness, I could and would competently testify under oath to the facts set forth herein. If any facts are based upon information and belief, I so state. I have extensive experience with the Debtor's operations and its books and records, including the history of account payables and receivables, and the Debtor's relationships with creditors. During my tenure as President of the Debtor, I and/or persons under my control have been reviewing the books and records of the Debtor, to ensure familiarity with all aspects of the Debtor's business operations and its books and records.

2. I have read the contents of the status report, and the facts set forth therein and agree with those facts. The information contained in the status report concerning the Debtor operations are accurate and based upon information given to my counsel, based upon my personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of April, 2026 in Los Angeles, California.

_____
Charles Rezner

| In re: TRAXX CONSTRUCTION INC.<br><br>Debtor(s). | CHAPTER: 11 |
| --- | --- |
| | CASE NUMBER: 2:25-bk-20463-WB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 W. Olympic Blvd., Suite 400, Los Angeles, CA 90064

A true and correct copy of the foregoing document described as **REPORT ON STATUS OF CHAPTER 11 CASE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 20, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **April 20, 2026** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed. **VIA U.S. MAIL**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 20, 2026 | Pamela Lynn | /s/Pamela Lynn |
| --- | --- | --- |
| Date | Type Name | Signature |

| In re: TRAXX CONSRUCTION INC.<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 2:25-bk-20463-WB |
| --- | --- |

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

Jonathan Arias on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C.
bknotices@zwickerpc.com

Christopher Beyer on behalf of Creditor c/o Wright Law Group Dakota Financial, LLC
cab@replevin.com, ecf@writofseizure.com

Joseph Boufadel on behalf of Interested Party Courtesy NEF
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Marguerite Lee DeVoll on behalf of Interested Party Pinner Construction Co., Inc.
mdevoll@watttieder.com

Marija K Decker on behalf of Interested Party Interested Party
decker@luch.com, caroberts@luch.com,kimberley@luch.com

James Ficenec on behalf of Interested Party Courtesy NEF
james.ficenec@ndlf.com, alex.reel@ndlf.com

Alan W Forsley on behalf of Creditor First Insurance Funding
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Xavia M. Gamboa on behalf of Interested Party Pinner Construction Co., Inc.
xgamboa@watttieder.com, mhittner@watttieder.com

Jennifer Larkin Kneeland on behalf of Interested Party Pinner Construction Co., Inc.
jkneeland@watttieder.com, mlindau@watttieder.com

Michael S Kogan on behalf of Debtor Traxx Construction Inc.
mkogan@koganlawfirm.com

Michael S Kogan on behalf of Interested Party Kogan Law Firm, APC
mkogan@koganlawfirm.com

Aaron G Lawrence on behalf of Creditor Construction Laborers Trust Funds For Southern California
Administrative Company, A Delaware Limited Liability Company
aaronl@rac-law.com, maryannc@rac-law.com

Elan S Levey on behalf of Interested Party Courtesy NEF
elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Aaron K Pugmire on behalf of Creditor Commodity Trucking Acquisition LLC
apugmire@dispatchtrans.com

Aaron K Pugmire on behalf of Creditor Commodity Trucking Acquisition, LLC dba Western Transportation
and/or Burns & Sons Trucking

apugmire@dispatchtrans.com

Brett Ramsaur on behalf of Creditor Keystone Equipment Finance Corp.
brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Amitkumar Sharma on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LLC
amit.sharma@aisinfo.com

Amitkumar Sharma on behalf of Creditor Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC
amit.sharma@aisinfo.com

Robyn B Sokol on behalf of Creditor Control Air Enterprises, LLC
robyn.sokol@stinson.com,
lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com

Andrew Still on behalf of Creditor California Physicians' Service, dba Blue Shield of California
astill@swlaw.com, kcollins@swlaw.com

Kelly Ann M Tran on behalf of Interested Party Baker Electric & Renewables LLC
kelly@smalllawcorp.com, katelin@smalllawcorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Creditor U.S. Specialty Insurance Company
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Larry D Webb on behalf of Interested Party Courtesy NEF
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

Jennifer C Wong on behalf of Creditor BMW Financial Services NA, LLC
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong on behalf of Creditor Ford Motor Credit Company LLC
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

## II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL - VIA U.S. MAIL

**Presiding Judge**
Honorable Julie Brand
U.S. Bankruptcy Court
255 E. Temple St., #1375
Los Angeles, CA 90012

**Top 20 Unsecured Creditors**

American Express
c/o Becket and Lee PO Box 3001
Malvern, PA 19355
Chase Bank
PO Box 15298
Wilmington, DE 19850

Hesam Hejazi
2443 Leaflock Ave.
Westlake Village, CA 91361

King Capital Management
620 Green Valley Rd., #206
Greensboro, NC 27408

Sheida Azari
2190 Calle Riscoso
Thousand Oaks, CA 91362

Chase Bank
PO Box 78035
Phoenix, AZ 85062-8035

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Laborers Trust Funds for Southern
California Admin. Company
c/o Reich, Adell & Cvitan
330 N. Brand Blvd., Ste. 250
Glendale, CA 91203

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box2952
Sacramento, CA 95812-2952

Trustees of Operating Engineers Pension Trust
c/o Marija Kristich Decker, Esq.
200 S. Los Robles Ave.
Pasadena, CA 91101-3030

American Rentals Inc
88 Victoria St
Long Beach, CA 90805

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Chase Bank
PO Box 15298
Wilmington, DE 19850

Ferguson Waterworks
PO Box 740827
Los Angeles, CA 90074-0827

Global Transloading LLC
1842 East 29th Street
Signal Hill, CA 90755

Orange County Winwater Works
1617 East Bail Rd.
Anaheim, CA 92805

Rust Logistics
1553 Old Hwy 80
El Cajon, CA 92021

Ascent Consulting
400 Interstate North Pkwy, Suite 500
Atlanta, GA 30339

Associated Ready Mixed Concrete
4621 Teller, Ste 130
Newport Beach, CA 92660

Coastline Equipment
6242 N. Paramount Blvd. Building A
Long Beach. CA 90805

Broadway Glass & Mirror Inc.
200 I West 16th Street
Long Beach, CA 90813

Centerline
PO Box 2687
Tehachapi, CA 93581

Dakota Financial
11766 Wilshire Blvd., Suite 550
Los Angeles, CA 90025

Deltek + Computer East
PO Box 936989
Atlanta, GA 31193

Equipment Share
2590 Main Street
Chula Vista, CA 91911

**SECURED CREDITORS:**

Allen Winholdz
473 Acoma Blvd. S #105
Lake Havasu City, AZ 86406

Amerifi Capital, LLC
750 East Main Street, Ste 620
Stamford, CT 06902

AMPAC TRI-STATE CDC, INC. AMPAC BUS
3110 B Inland Empire Blvd.
Ontario, CA 91764

BMW Financial
5550 Britton Pkwy
Hilliard, OH 43026

Bragg Investments
dba Coastal Equipment
6242 N. Paramount Blvd, Bldg A
Long Beach, CA 90805

Ford Motor Credit
P.O. Box 105704
Atlanta, GA 30348

John Deere Construction & Forestry
6400 NW 86th Street
Johnston, IA 50131

Joshua Easterly
30475 Sea Horse Circle
Sun City, CA 92587

Keystone Equipment Finance Corp.
433 New Park Avenue
West Hartford, CT 06110

King Capital
133 River Road
Cos Cob, CT 06807

King Capital Management

620 Green Valley Rd., #206
Greensboro, NC 27408

PIRS Capital, LLC
1688 Meridian Avenue, Ste 700
Miami Beach, FL 33139

Smart Business
561 NE 79th Street
Miami, FL 33138

Thoro Corp.
c/o Brian Rabkin. Esq.
525 West 52nd Street, 9CS
New York, NY 10019

Thoro Corp.
800 N. Federal Hwy., 905
Hallandale, FL 33009