Michael S. Kogan (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Debtor

FILED & ENTERED

JUN 23 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

CHANGES MADE BY COURT

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| **In re**<br><br>**TRAXX CONSTRUCTION, INC.,**<br><br>**Debtor.** | **Case No. 2:25-bk-20463-WB**<br><br>**Chapter 11**<br><br>**ORDER ON MOTION OF DEBTOR FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS OF THE DEBTORS BUSINESS ASSETS AND RETENTION OF RICHIE BROS. AUCTIONEERS AND APPROVING PAYMENT OF COMMISSION TO AUCTIONEER FROM SALES PROCEEDS**<br><br>**Date: June 11, 2026**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 1375**<br>**255 E. Temple St.**<br>**Los Angeles, CA 90012** |

Based upon the Motion Of Debtor For Sale Of Property Free And Clear Of Liens of the Debtors Business Assets and Retention of Richie Bros. Auctioneers and Approving Payment of Commission to Auctioneer from Sales Proceeds (the "**Motion**") (Doc # 260) and the Declarations of Charles Rezner and Alex Kokshanian attached thereto, the Supplement to the Motion (Doc # 281) and Second Supplement to the Motion (Doc # 294) filed on behalf of Traxx Construction, Inc. (the "**Debtor**"), the debtor and debtor in possession herein which sought an order approving the sale of certain of the Business assets which consist of 3 John Deere Model 410L Backhoe Loaders (the "**Assets**") which have no liens against them other than the SBA, free and clear of all

liens, claims and interests, with the lien of the SBA to attach to the proceeds via an auction ("**Auction**") conducted by Richie Bros. Auctioneers ("**RB Group**"). The Debtor believes that all burdens of establishing a sound business justification for the sale of the Assets have been met as set forth in the Motion, and the employment of RB Group on the terms and conditions as set forth in the Motion, ***for the reasons stated on the record at the hearing*** and other good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is approved.

2. The Debtor is authorized to sell ~~of~~ the Assets pursuant to the terms of the Agreement attached to the Motion.

3. All of the Debtor'***s*** right, title and interest in all of the Assets shall be sold free and clear of any liens, security interests, claims, charges or encumbrances in accordance with §363 of the Bankruptcy Code. The Lien of the Small Business Association ("**SBA**") shall attach to the amounts payable to the Debtor resulting from the sale and held by the Debtor, in the same order of priority and subject to the same rights, claims, defenses, and objections, if any, with respect thereto, subject to any further order of the Court.

4. RB Group shall be employed as auctioneers for the Debtor pursuant to the terms set forth in the Motion. The Debtor is authorized to pay directly from the proceeds of the sale for reimbursement of RB Group's expenses as set forth in the Agreement. The Debtor is authorized to pay directly from the proceeds of the sale RB Group's Commission as set forth in the Motion.

//

//

//

*//*

*//*

*//*

5. The net proceeds (after payments to RB Group) of the sale shall be paid by the RB Group in funds made payable to and shall be delivered by wire to Michael Kogan made payable to Kogan Law Firm, APC Attorney Client Trust Account, 11500 W. Olympic Blvd., Suite 400, Los Angeles, CA 90064 ("**KLF**"). Within three (3) days of receipt KLF shall pay by wire transfer to the SBA a total of $18,000, which shall represent the adequate protection payments to the SBA for the months of June, July and August 2026.

# # #

Date: June 23, 2026

Julia W. Brand
United States Bankruptcy Judge